No. M–24. CREDIT COUNSELING CENTERS OF AMERICA, INC. v. CREDIT COUNSELING CENTERS; and

No. M–28. KRAMER *v.* CITY OF WICHITA, KANSAS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.